**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GENERAL MOTORS LLC,

        Plaintiff,

v.

A1BKLF7ULC2FZM, et al.,

        Defendants.

Case No. 25-cv-03613

**Judge Andrea R. Wood**

**Magistrate Judge Heather K. McShain**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff General Motors LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| ZhenFAitems | 25 |
| autorocket | 27 |
| CAR REPAIRING | 31 |
| shjunige | 41 |
| TOY-Decoration | 43 |

Dated this 3rd day of July 2025.

Respectfully submitted,

/s/ Marcella D. Slay
Amy C. Ziegler
Justin R. Gaudio
Marcella D. Slay
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
mslay@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff General Motors LLC*